IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01094-WYD-CBS

BEVERLY J. VOSS,

    Plaintiff,

v.

SILVERMAN/BORENSTEIN, PLLC;
IRVIN BORENSTEIN, ESQUIRE;
DAVID SILVERMAN, ESQUIRE; and,
ANNE-MARIE VOS, ESQUIRE,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on December 20, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, it is

ORDERED that Magistrate Judge Shaffer's Recommendation [ECF Doc. No. 6] is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Silverman / Borenstein, P.L.L.C.; Irvin Borenstein, Esquire; David Silverman, Esquire; And, Anne-Marie Vos, Esquire, and against Plaintiff, Beverly J. Voss, on Plaintiff's claims.  Accordingly, Plaintiff's complaint and this civil action are dismissed with prejudice.  While costs shall be awarded to the prevailing party (D.C.COLO.LCivR 54.1) costs are not awarded in this instance as the defendants – the prevailing parties – were not served.

DATED at Denver, Colorado this 20th day of December, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:  s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk